IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**BRANDON SCROGGIN**                                                                                  **PLAINTIFF**

**v.**                               **CASE NO. 4:15CV606-DPM**

**SOUTHERN COLLECTION SYSTEMS;
BANK OF THE OZARKS; BANK OF THE
OZARKS, INC., and STEPHANIE HURST**                             **DEFENDANTS**

## MOTION TO DISMISS BY SEPARATE DEFENDANTS
## BANK OF THE OZARKS AND BANK OF THE OZARKS, INC.

COME NOW, separate defendants Bank of the Ozarks (the "Ozarks") and Bank of the Ozarks, Inc. ("Ozarks Inc."), by and through their attorneys, Lax, Vaughan, Fortson, Rowe & Threet, P.A., and for their motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, state as follows:

1. Plaintiff Brandon Scroggin ("Plaintiff") filed his complaint against Southern Collection Systems ("SCS"), Ozarks, Ozarks Inc., and Stephanie Hurst on September 29, 2015. The Plaintiff asserts claims under (1) the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA"); (2) the Arkansas Fair Debt Collection Practices Act, A.C.A. § 17-24-101 *et seq.* (the "AFDCPA"); (3) the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA"); (4) the Arkansas Deceptive Trade Practices Act, A.C.A. §§ 4-88-101 through 4-88-115 (the "ADTPA"); and (5) the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961 through 1968 ("RICO").

2. The Court should dismiss the Plaintiff's complaint as to Ozarks and Ozarks Inc. pursuant to Fed. R. Civ. P. 12(b)(6) because the Plaintiff has failed to state any claim upon which relief can be granted.

3. Although Ozarks Inc. is listed in the style of the case, the complaint contains no allegations referencing or implicating Ozarks Inc. in any way. Accordingly, the complaint should be dismissed as to separate defendant Bank of the Ozarks, Inc. for failure to state any claim against it.

4. Plaintiff's claim against Ozarks under the FDCPA fails because Ozarks is not a debt collector, and liability under the act is limited to debt collectors. As a matter of law, Ozarks is not vicariously liable for SCS's alleged violations of the FDCPA.

5. Plaintiff fails to state a claim against Ozarks under the FCRA because he does not allege that Ozarks furnished information to a credit reporting agency or that Ozarks failed to respond to a notice of consumer dispute received from a credit reporting agency. As a matter of law, Ozarks is not vicariously liable for SCS's alleged violations of the FCRA.

6. Plaintiff has failed to allege facts supporting the required elements of a claim under RICO.

7. Plaintiff asserts jurisdiction in this Court under the authority of 28 U.S.C. § 1331 based on his federal statutory claims. Because Plaintiff's federal claims should be dismissed, this Court should also dismiss Plaintiff's pendent state law claims under the AFDCPA and ADTPA.

8. A brief in support of this motion is being filed contemporaneously herewith.

WHEREFORE, separate defendants Bank of the Ozarks and Bank of the Ozarks, Inc. respectfully pray that the Court should dismiss the complaint against them, and for all other just and proper relief to which they are entitled.

                      Respectfully submitted,

                      LAX, VAUGHAN, FORTSON,
                         ROWE & THREET, P.A.
                      Cantrell West Building
                      11300 Cantrell Road, Suite 201
                      Little Rock, Arkansas 72212
                      (501) 376-6565  Office
                      (501) 376-6666  Fax
                      gfortson@laxvaughan.com

By: /s/ *Grant E. Fortson*
     Grant E. Fortson (92148)

     *Attorneys for Bank of the Ozarks and Bank*
     *of the Ozarks, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Victoria Leigh **-** vleigh7@gmail.com

                                                /s/ *Grant E. Fortson*
                                                Grant E. Fortson