IN THE UNITED STATES DISTRICT CO
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRANDON SCROGGIN                                                        PLAINTIFF

v.                          No. 4:15-cv-606-DPM

SOUTHERN COLLECTION SYSTEMS;
BANK OF THE OZARKS; BANK OF THE
OZARKS, INC.; and STEPHANIE HURST                      DEFENDANTS

ORDER

Unopposed motion, № 8, granted. All of Scroggin's claims against Bank of the Ozarks and Bank of the Ozarks, Inc. are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_9 November 2015_