UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**BRANDON SCROGGIN**                                                                                    **PLAINTIFF**

**V.**                                       **CASE NO.:  4:15-CV-606 DPM**

**SOUTHERN COLLECTION SYSTEMS,**
**BANK OF THE OZARKS, BANK OF**
**THE OZARKS INC., and STEPHANIE**
**HURST**                                                                                                        **DEFENDANTS**

## STIPULATION TO DISMIS

Pursuant to a settlement agreement reached between the parties, the parties hereby stipulate to the dismissal of all claims in this action with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated this 30th day of November, 2015.

Respectfully Submitted,

LEIGH LAW PLLC
PO Box 21514
Little Rock, AR 72221
501.227.7627 Office
501.227.7628  Fax
v@leigh-law.com

    /s/ Victoria Leigh
Victoria Leigh,  ABN  2011257


LAX, VAUGHAN, FORTSON, ROWE & THREET, PA
Cantrell West Building
11300 Cantrell Road, Ste. 201
Little Rock, AR 72212
501.376.6565  Office
501.376.6666  Fax

     /s/ Grant E. Fortson
Grant E. Fortson, ABN 92148