IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRANDON SCROGGIN**                                                                                          **PLAINTIFF**

v.                                    No. 4:15-cv-606-DPM

**SOUTHERN COLLECTION SYSTEMS**
**and STEPHANIE HURST**                                                                               **DEFENDANTS**

ORDER

The Court notes the parties' stipulation of dismissal. № 11 & 12. The complaint will be dismissed with prejudice. FED. R. CIV. P. 41(a)(1)(A)(ii). What was docketed as a motion, №11, appears to be a duplicate stipulation. The Court directs the Clerk to correct the docket.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 December 2015