IN THE UNITED STATES DISTRICT CO
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRANDON SCROGGIN                                                PLAINTIFF

v.                    No. 4:15-cv-606-DPM

SOUTHERN COLLECTION SYSTEMS; BANK OF
THE OZARKS; BANK OF THE OZARKS, INC.;
and STEPHANIE HURST                                           DEFENDANTS

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

1 December 2015